[No. 21366-4-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM H. SWIFT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00298-7, F. Mark McCauley, J., entered October 14, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21487-3-II.    Division Two.    September 19, 1997.]

GLENN W. PROCOP, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-00028-1, James E.F.X. Warme, J., entered December 9, 1996. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 34095-6-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH WAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04401-8, LeRoy McCullough, J., entered January 24, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 35896-1-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY J. JACKSON, ET AL., *Defendants,* RUSSELL SYLVESTER DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00446-2, Paul D. Hansen, J., entered December 23, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.